Jonathan G. Fetterly (State Bar No. 228612)
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Main Phone:  (213) 572-4300
Main fax:  (213) 572-4400
www.hro.com

Attorneys for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
MOTOWN RECORD COMPANY, L.P.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, | Case No.: CV06-385 BEN LSP |
| | Hon. Roger T. Benitez |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |
| vs. | |
| ALEX HERNANDEZ, | |
| Defendant. | |

ORDER GRANTING JOINT MOTION
Case No.: CV06-385 BEN LSP

#4927 v1

The Court, having considered the Joint Motion for Entry of Judgment and Permanent Injunction executed by the parties, hereby GRANTS the motion.

IT IS SO ORDERED.

DATED:   May 16, 2007_____          By: _____
                                                                                       Hon. Roger T. Benitez
                                                                                       United States District Judge